John V. GOUGH, Jr., Plaintiff-Appellant,

v.

Deputy DEAKINS; Justin Livingston, Deputy First Class; Calvert County Sheriff Office, Defendants-Appellees.

No. 17-1209

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2017

Decided: April 25, 2017

John V. Gough, Jr., Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John V. Gough, Jr., appeals the district court's order dismissing his civil action as

**180**

barred by res judicata. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Gough's informal brief does not challenge the basis for the district court's disposition, Gough has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*